UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Miguel Gallegos**<br>**Docket Number:  0972 1:08CR00087-002**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Miguel Gallegos is requesting permission to travel to Tijuana, Mexico.  Miguel Gallegos is being supervised in the District of Nevada and is current with all supervision obligations.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 27, 2009, Miguel Gallegos was sentenced for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine.

**Sentence Imposed:**  70 months Bureau of Prisons; 60 months supervised release

**Dates and Mode of Travel:**  Vehicle

**Purpose:**  Mr. Gallegos would like to travel with his girlfriend to Tijuana, Mexico, so they may visit "Tijuana Fertilidad," a fertility clinic.

1

RE:     **Miguel Gallegos**
        **Docket Number:  0972 1:08CR00087-002**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                              Respectfully submitted,

                              /s/ Megan Pascual

                              Megan Pascual
                              United States Probation Officer


Dated:  June 1, 2015
        Fresno, California
        mdp/rla

                        /s/ Tim Mechem
**REVIEWED BY:**        **Tim Mechem**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

        ☒     Approved        ☐     Disapproved

IT IS SO ORDERED.

Dated:  June 4, 2015                    _____
                                        SENIOR  DISTRICT  JUDGE


2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX